UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALMA CLARISA HERNANDEZ,<br><br>            Plaintiff,<br><br>  v.<br><br>DI LAC VEGETARIAN, LLC, et al.,<br><br>            Defendants. | Case No.: C 10-5415 PSG<br><br>**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

Plaintiff filed this action on November 30, 2010. Pursuant to the Scheduling Order for Cases Asserting Denial of Right of Access Under Americans with Disabilities Act (the "Scheduling Order"), no later than April 25, 2011 Plaintiff is required to file a "Notice of Need for Mediation." Pursuant to the Scheduling Order, within seven days after the mediation, Plaintiff is required to request a Case Management Conference. Generally, mediation should be completed within 90 days after such notice is filed. Thus, the court finds it appropriate to schedule a Case Management Conference to occur approximately two weeks after the last day for the mediation. Therefore,

IT IS HEREBY ORDERED that the parties shall appear at 2:00 p.m. on August 16, 2011 for a Case Management Conference.[1] The parties shall file their joint Case Management Conference

---

[1] This order is without prejudice to any party moving to advance the Case Management Conference date if the parties complete their site inspection and mediation more quickly than allowed in the scheduling order.

ORDER, *page 1*

1  Statement seven calendar days before the Case Management Conference.
2      IT IS FURTHER ORDERED that Plaintiff shall serve a copy of this order on Defendants no
3  later than the date of the Joint Site Inspection.
4  Dated: *December 6, 2010*

                                               PAUL S. GREWAL
                                               United States Magistrate Judge